■ JOHNNY WATSON, Appellant, v SALVATORE PRIORE et al., Defendants, and STEVEN A. ABDOO et al., Respondents. (Appeal No. 3.) [961 NYS2d 354]—Appeal from an order of the Supreme Court, Oneida County (Samuel D. Hester, J.), entered June 5, 2012. The order, among other things, denied plaintiff's motion

for an order vacating the order and judgment entered in this action on November 2, 2011.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Watson v Priore* (104 AD3d 1304 [2013]). Present—Scudder, P.J., Peradotto, Carni, Lindley and Whalen, JJ.